IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT W. MORGARIDGE,<br><br>           Plaintiff,<br><br>vs.<br><br>KWIK SHOP, INC., a Kansas Corporation; and THE KROGER CO., an Ohio Corporation;<br><br>           Defendants. | **8:17CV349**<br><br>**ORDER** |

## **STIPULATED DISMISSAL ORDER**

This matter comes before the Court for consideration on the defendant's stipulation for dismissal (Filing No. 37), the Parties having resolved all disputes in this proceeding pursuant to a duly-negotiated and confidential settlement agreement, due notice having been given and the Court being fully advised, it is hereby ordered:

1. This lawsuit, including all claims asserted in the Second Amended Complaint (Filing No. 20), is dismissed with prejudice; and

2. Each of the Parties shall pay their own respective fees and costs.

Dated this 28th day of January, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge